HAWKINS *et al. v.* MAYOR etc. OF FLOWERY BRANCH.

ATKINSON, J. Under the facts of the present case, the court did not abuse its discretion in refusing to grant the injunction prayed for.

*Judgment affirmed. · All the Justices concurring.*

Argued June 24, — Decided July 20, 1897.

Petition for injunction. Before Judge Kimsey. Hall county. March 11, 1897.

*J. B. Estes*, for plaintiffs.
*Prior & Thompson* and *W. F. Findley*, for defendant.

---

SLOCUMB *v.* SUMMERS.

SIMMONS, C. J. Under the facts of the present case, there does not appear to have been any error committed which was prejudicial to the interests of the complaining party; and there being sufficient evidence to support the verdict, this court will not interfere with the discretion of the trial judge in refusing a new trial.

*Judgment affirmed. All the Justices concurring.*

Submitted June 29, — Decided July 21, 1897.

Action for damages. Before Judge Hart. Jones superior court. October term, 1896.

*Hardeman & Moore*, for plaintiff.

---

COX *v.* MONTAGUE & COMPANY.

ATKINSON, J. Under the facts in the present case, the court did not err in refusing to sanction the petition for certiorari.

*Judgment affirmed. All the Justices concurring.*

Submitted June 29, — Decided July 21, 1897.

Petition for certiorari. Before Judge Hart. Laurens county. September 19, 1896.

*Griner & Adams*, for plaintiff in error.